E-FILED
Monday, 25 April, 2022 04:37:36 PM
Clerk, U.S. District Court, ILCD

FILED
APR 25 2022
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

| | |
|---|---|
| In the Matter of the Search of *(Briefly describe the property to be searched or identify the person by name and address)* information associated with Facebook user ID 1222173266 and Facebook user ID 100049581323272 that is stored at premises controlled by Facebook | ) ) ) ) Case No. 21-MJ-7057 ) ) ) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Northern_____ District of _____California_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ___5/17/2021___ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____the Honorable Eric I. Long_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___5/7/2021; 10:07 a.m.___

s/Eric I. Long
*Judge's Signature*

City and state: ___Urbana, Illinois___ U.S. Magistrate Judge Eric I. Long
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 21-MJ-7057 | Date and time warrant executed: 5/7/21 @ 1000AM | Copy of warrant and inventory left with: N/A |

Inventory made in the presence of :
SA RYAN McELROY

Inventory of the property taken and name(s) of any person(s) seized:

FACEBOOK RECORDS FOR USER ID ACCOUNTS:

- 122217326606
- 100049581323272

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

s/Nick Nilson

Date: 5/7/21

_____
Executing officer's signature

SA Nick Nilson
Printed name and title

# ATTACHMENT A

## Property to Be Searched

This warrant applies to information associated with the Facebook User Account: ID 1222173266 (Profile URL: https://facebook.com/jaylottie with Display Name: Jay Lottie), and also the Facebook User Account: ID 100049581323272 (Profile URL: https://facebook.com/jay.lottie.5 with Display Name: Jay Lottie), that is stored at premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered at 1601 Willow Road, Menlo Park, California 94025. It is requested that the records be returned in a PDF file and a "record archive" file.

2021, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

(d) All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e) All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

(f) All other records and contents of communications and messages made or received by the user from December 1, 2020 through May 7, 2021 including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

(g) All "check ins" and other location information;

(h) All IP logs, including all records of the IP addresses that logged into the account;

(i) All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(j) All information about the Facebook pages that the account is or was a "fan" of;

(k) All past and present lists of friends created by the account;

(l) All records of Facebook searches performed by the account from December 1, 2020 through May 7, 2021.

(m) All information about the user's access and use of Facebook Marketplace;

(n) All records and transaction information regarding the user's access and use of Facebook Pay, including both the transfer and receipt of funds, from December 1, 2020 through May 7, 2021.

(o) The types of service utilized by the user;

(p) The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(q) All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(r) All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

Facebook is hereby ordered to disclose the above information to the government within 14 days of service of this warrant.

II. **Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 21, United States Code, Sections 846 and 841(a)(1) involving Johnnie Lottie since from December 1, 2020 through May 7, 2021, including, for each user ID identified on Attachment A, information pertaining to the following matters:

(a) The use of the Facebook account to facilitate the distribution or sale of illegal drugs, including methamphetamine.

(b) Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the distribution or sale of illegal drugs, including methamphetamine, and to the Facebook account.

(c) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

(d) Evidence indicating previous or future deliveries of methamphetamine.

(e) Evidence indicating the amount of methamphetamine being sold or delivered.

(f) Evidence indicating a method and means of payment for the methamphetamine.

(g) Evidence indicating the use of "Facebook Pay" to transfer or receive funds which are intended to purchase methamphetamine.

(h) Evidence indicating locations where the proceeds from the sale of the methamphetamine are stored.

(i) Evidence indicating the use of "code words" or other communication methods leading up to, during, and following drug transactions.

(j) Evidence indicating the identification of co-conspirators and their roles in the distribution of methamphetamine.

(k) Evidence indicating the Facebook owner or user's state of mind as it relates to the crime under investigation.

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.